1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, INC., a California nonprofit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FAIRFIELD WARNER L.L.C., a California limited liability company, and FF PROPERTIES, L.P., a California limited partnership,<br><br>    Defendants. | Case No.: CV13-06185-SVW (FFMx)<br><br>Assigned to Courtroom: 6<br>The Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING ACTION**<br><br>JS-6<br><br>Action Commenced: 08/22/2013<br>Trial Date:  Not Set<br>Discovery Cut-Off:  Not Set<br>Law & Motion Cut-Off:  Not Set |
|---|---|

Pursuant to Federal Rule of Civil Procedure 41(a) and Plaintiff's Request for Dismissal of Defendants in this case, this Court dismisses the above-captioned case with prejudice.

Dated:  12/26/2013

*/s/ Stephen V. Wilson*

The Honorable Stephen V. Wilson
United States District Judge

-1-
ORDER DISMISSING ACTION